**From:** Belstock, Joshua D.
**Sent:** Monday, August 31, 2015 4:11 PM
**To:** 'travisepley@yahoo.com'
**Cc:** 'broomfield.clm@aoins.com'
**Subject:** Rimkus Confirmation of Assignment -- Insured: Nessavich Properties, Claim #: 07400028862015, RCG #: 01606452
**Attachments:** Con01606452.pdf; Terms Conditions 2015.pdf

Attached please find our Confirmation of Assignment for claim # 07400028862015 (Nessavich Properties), including a copy of our standard Terms & Conditions.

Thank you for the opportunity to be of service to you. If you have any questions, please do not hesitate to contact our office.

RIMKUS CONSULTING GROUP, INC.
**Joshua D. Belstock**
Office Manager

4610 S. Ulster St., Suite. 120
Denver, CO 80237

Direct: 720.577.1820
Cell: 303.990.6666
Fax: 720.488.8670
Email: jbelstock@rimkus.com
http://www.Rimkus.com/